**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**WILLIAM STANLEY HIGHSMITH, III,**

**Plaintiff,**

**v.** **Case No.: 8:26-cv-934-AAS**

**FRANK BISIGNANO,**
**Commissioner of Social Security,**

**Defendant.**
_______________________________________/

**ORDER**

The Commissioner of Social Security (Commissioner) moves to remand this case for further action under sentence four of 42 U.S.C. § 405(g). (Doc. 17). This request is unopposed. (*Id.*, p. 1).

On remand, the administrative law judge is instructed to give further consideration to the claimant's maximum residual functional capacity, offer the claimant an opportunity for a hearing, and issue a new decision. Section 405(g) of the Social Security Act provides "[t]he Court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the [Commissioner], with or without remanding the cause for a rehearing." *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Accordingly, the Commissioner's unopposed motion for entry of judgment (Doc. 17) with remand is **GRANTED**. The Clerk is directed to enter judgment in favor of the plaintiff and close the case.

**ORDERED** in Tampa, Florida, on October 16, 2026.

Amanda Arnold Sansone

AMANDA ARNOLD SANSONE
United States Magistrate Judge